UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

TONY S. STAVREDES,

    Plaintiff,

v.                                        Case No: 2:09-cv-654-FtM-36SPC

BRICKHOUSE GOURMET PIZZA 1, INC.,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation (Doc. 26) filed by United States Magistrate Judge Sheri Polster Chappell on May 26, 2010. In her Report and Recommendation, Judge Chappell recommended that the Court approve the parties' Joint Motion to Approve Settlement (Doc. 25) and dismiss this action with prejudice. The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982), and 29 U.S.C. §216.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Doc. 26), is hereby **CONFIRMED AND APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion to Approve Settlement with Prejudice (Doc. 25) is **GRANTED**. The Settlement Agreement (Doc. 25) is **APPROVED**.

3) This case is dismissed, with prejudice.

4) The Clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** in Ft. Myers, Florida, on June 14, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record